UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     :    MISC. ACTION NO: 08-46
            :
     versus          :    COURT NO. 3:06CR00048-001
            :
DEBBIE A. FOSTER     :

Life Source Services, L.L.C.
Garnishee

<u>WAGE GARNISHMENT ORDER</u>

A Writ of Continuing Garnishment, directed to the garnishee, Life Source Services, L.L.C., has been duly issued and served upon the garnishee.  Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer on December 6, 2008, stating that at the time of the service of the Writ that it had in its possession or under its control personal property belonging to and due defendant, in the form of wages, that the defendant is paid on a bi-weekly basis, and that the defendant's last paycheck grossed $720.00. The garnishee further stated that at the time of service of the within Writ, there are no other garnishments in effect.

The defendant, Debbie A. Foster was served on November 25, 2008 and she did not request a hearing to determine exempt property.  Considering the foregoing,

IT IS ORDERED that pursuant to 28 U.S.C. § 3205 and 15 U.S.C. § 1673(a)

garnishee deduct and pay to plaintiff the lesser of:

1.    Twenty-five percent (25%) of defendant's disposable earnings for each and
      every
       pay period that the defendant is employed by garnishee and due wages; or

2.    All amounts of defendant's disposable earnings in excess of thirty (30) times
      the federal minimum wage in effect at the time the earnings are payable [$5.15
      per hour effective September 1, 1997] for each and every pay period that the
      defendant is employed by garnishee and due wages;

that the garnishment payments to plaintiff under the garnishment begin  immediately

and that garnishee continue said payments until the debt to plaintiff is paid in full or until the

garnishee no longer has custody, possession or control of any property belonging to

defendant or until further order of this court.

Payments to the plaintiff shall be made by garnishee's check, no less frequently than

monthly, payable to U.S. District Court, and remitted to Clerk, U.S. District Court, Russell B.

Long Federal Building and Courthouse, 777 Florida Street, Suite 139, Baton Rouge, LA

70801-1712.

Baton Rouge, Louisiana, January 7, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA