UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : MISC. ACTION NO: 08-46 ... ... 03 |
| | : |
| versus | : COURT NO. 3:06CR00048-001 |
| | : |
| DEBBIE A. FOSTER | : |

Life Source Services, L.L.C.
Garnishee

## **O R D E R**

Considering the Motion to Dismiss Garnishment filed by the United States of

America:

IT IS HEREBY ORDERED that the garnishment against Life Source Services,

L.L.C., Garnishee, relating to defendant, Debbie A. Foster, be and the same is hereby

dismissed.

THUS DONE AND SIGNED at Baton Rouge, Louisiana, on this ³¹ day of

_____ March 2009.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE